Exhibit 2

Method Claims: 1

| US10593205B1 | Omnitracs Navigation IVG (Intelligent Vehicle Gateway) ("The accused system") |
|---|---|
| 1. A GPS and warning system for an automobile comprising: | The accused system is a GPS and warning system (e.g., Omnitracs Truck Navigation) for an automobile (e.g., automobiles such as trucks).<br><br>As shown below, the Omnitracs Navigation IVG (Intelligent Vehicle Gateway) is a Truck GPS. It features Truck Navigation which offers GPS navigation along with set warnings such as restricted roads, bridge strikes, etc.<br><br><br><br>https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf |

# DEDICATED ELECTRONIC LOGGING AND TELEMATICS TO EMPOWER YOUR FLEET

Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.

## AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY

Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.



## SOLUTION HIGHLIGHTS

https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf

### DATA-COLLECTION AND COMPLIANCE MANAGEMENT TO SUPPORT:

**Omnitracs Hours of Service**
Automated driver logging for ensured compliance

**Omnitracs Driver Vehicle Inspection Reporting**
Simple vehicle inspections and report processing

**Omnitracs Navigation**
Fast, accurate mapping designed specifically for commercial vehicles

**Omnitracs Trailer Tracks**
Accurate, near-real time trailer-location tracking

**Omnitracs Fault Code Monitoring**
Proactive vehicle maintenance planning

**Omnitracs Critical Event Reporting**
Actionable insights for safety and risk management

**Omnitracs Weigh Station Bypass powered by Drivewyze**
Weigh station program for increased road time and safety scores

**Omnitracs Driver Workflow**
Simplified, configurable trip management for drivers

**Omnitracs Media Manager**
Video, audio, and PDF content delivery

https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf



https://www.omnitracs.com/omnitracs-navigation



## Fast, accurate mapping designed specifically for the trucking industry.

Omnitracs Navigation is an always current and responsive in-cab navigation application that provides best-in-class truck routing, customized maps, and high-speed software updates. Omnitracs Navigation provides an optimized, driver-friendly user interface with visual and spoken turn-by-turn directions and real-time speed alerts.

https://www.omnitracs.com/resources/omnitracs-navigation-brochure

### Daily Routing

Don't let anyone tell you route optimization is easy. Even with upfront planning, routers have to ensure vehicles are ready to hit the road, trucks leave fully packed, and drivers get to the right loading and unloading zones daily.

| Challenge | See Solutions | Challenge |
|---|---|---|
| From fuel, labor, and vehicle wear and tear, costs grow exponentially with every delivery vehicle your company puts on the road. How can you ensure you're providing the best customer service with the least number of resources? | Set travel rules, so vehicles don't drive down roads with commercial, hazmat, or height/weight restrictions. Another tip: employ navigation software designed for commercial vehicles to avoid restricted roads and events such as bridge strikes. | Your driver has arrived at the delivery address provided by the customer, walked to the rear of the vehicle, inspected, scanned-off the package, and walked to the front door to discover a sign that reads "Deliveries in rear." |

https://www.omnitracs.com/resources/your-route-optimization-idea-book

## Lane Guidance Improvements

The lane guidance view, also known as junction view, has been improved in Omnitracs Navigation 4.9 to provide better visual cues about upcoming lane junctions and splits. The zoom level of the junction view map has been adjusted to show more of the junction/split and to also show the junction/split as the vehicle approaches sooner. Also, the map view now focuses on the beginning of the junction/split instead of the center. The map screen has been adjusted so that the zoom controls no longer overlap with the road sign image. The close button and remaining distance boxes have been adjusted so they are no longer overlapped by the status bar.

These changes should now provide a much clearer lane guidance to drivers to help ensure they are in the correct lanes to continue their routes.



https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-

<table>
<tr>
<td></td>
<td>

9.htm

### Improved Guidance When Not on a Road

Omnitracs Navigation 4.9 contains improvements to the navigation guidance provided to drivers when the vehicle is not on a road such as when in a large yard or lot. Omnitracs Navigation now checks upon starting up and periodically to determine if the vehicle is on a known road or not. If the vehicle is detected as not being on a road Omnitracs Navigation will plot the shortest straight line route to the closest point on the route. This reoute will be shown on the map screen and Omnitracs Navigation will provide spoken guidance for the driver to proceed to the highlighted route. Omnitracs Navigation will provide the cardinal direction to the plotted route but this is only general guidance and the driver may still need to navigate any obstacles in the yard or lot that Omnitracs Navigation will have no means of knowing such as other vehicles or trailers.

### Miscellaneous Enhancements

- Simplified voice guidance instructions such as "turn left" or "go straight" have been added to immediately follow the turn now ding. In addition, the turn now ding and simple turn instruction will be played a few seconds before reaching the turn, providing the driver more time to react.
- Zoom settings have been updated to allow for auto zoom to be enabled or disabled. The 1, 5, and 10 level options have been removed.
- A toggle switch was added to Speed Alerts, allowing drivers to turn speed alerts on or off. This configuration can also be set and locked from the back office through the Omnitracs Navigation portal.
- Path settings has been updated with a new option, Prefer Trucking Roads. If you enable this option your routing will prefer state highways and interstates that are part of the National Network based on the Surface Transportation Assistance Act. This new setting is disabled by default.

https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

</td>
</tr>
<tr>
<td>

(a) a main body, wherein the main body forms a hollow interior volume;

</td>
<td>

The accused system discloses a main body (e.g., the body of Omnitracs IVG), wherein the main body (e.g., the body of Omnitracs IVG) forms a hollow interior of the Omnitracs IVG).

As shown below, the main body of the Omnitracs Navigation IVG (Intelligent Vehicle

</td>
</tr>
</table>

Gateway) i.e., the portion with the screen is a hollow body. The hollow body contains internal components of the Omnitracs Navigation IVG (Intelligent Vehicle Gateway).

## DEDICATED ELECTRONIC LOGGING AND TELEMATICS TO EMPOWER YOUR FLEET

Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.

### AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY

Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.

### SOLUTION HIGHLIGHTS

main body



https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf



**Fast, accurate mapping** designed specifically for the trucking industry.

Omnitracs Navigation is an always current and responsive in-cab navigation application that provides best-in-class truck routing, customized maps, and high-speed software updates. Omnitracs Navigation provides an optimized, driver-friendly user interface with visual and spoken turn-by-turn directions and real-time speed alerts.

https://www.omnitracs.com/resources/omnitracs-navigation-brochure



hollow interior volume

*Source: Teardown of Omnitracs Navigation IVG (Intelligent Vehicle Gateway)*

| (b) a computer module, | The accused system discloses a computer module (e.g., the computer module of Omnitracs Navigation IVG), wherein the computer module (e.g., the computer module of |

| wherein the computer module is located within the hollow interior volume and is adapted to be programmed with information pertaining to existing roads, bridges, viaducts, and underpasses; | Omnitracs Navigation IVG) is located within the hollow interior volume (e.g., interior of the Omnitracs IVG) and is adapted to be programmed with information (e.g., Map data for a truck location such as nearby buildings, roads, etc.) pertaining to existing roads, bridges, viaducts, and underpasses (e.g., low clearances for roads similar to bridges, underpasses, etc.). |
| | As shown below, the Omnitracs Navigation IVG (Intelligent Vehicle Gateway) device includes a computer module that houses the electronic components for device functioning and route guidance. The device features Truck Navigation, which shows map data relevant to the truck location or the user's search. Maps feature such as roads, buildings, and bridges are visible on the maps. Bridges, viaducts, overpasses, etc. are visible in the form of roads on the maps. |



## DEDICATED ELECTRONIC LOGGING AND TELEMATICS TO EMPOWER YOUR FLEET

Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.

**AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY**

Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.

**SOLUTION HIGHLIGHTS**



https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf

# DEDICATED ELECTRONIC LOGGING AND TELEMATICS TO EMPOWER YOUR FLEET

Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.

## AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY

Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.

## SOLUTION HIGHLIGHTS

https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf



main body



computer module is located within the hollow interior volume

*Source: Teardown of Omnitracs Navigation IVG (Intelligent Vehicle Gateway)*

**DATA-COLLECTION AND COMPLIANCE MANAGEMENT TO SUPPORT:**

**Omnitracs Hours of Service**
Automated driver logging for ensured compliance

**Omnitracs Driver Vehicle Inspection Reporting**
Simple vehicle inspections and report processing

**Omnitracs Navigation**
Fast, accurate mapping designed specifically for commercial vehicles

**Omnitracs Trailer Tracks**
Accurate, near-real time trailer-location tracking

**Omnitracs Fault Code Monitoring**
Proactive vehicle maintenance planning

**Omnitracs Critical Event Reporting**
Actionable insights for safety and risk management

**Omnitracs Weigh Station Bypass powered by Drivewyze**
Weigh station program for increased road time and safety scores

**Omnitracs Driver Workflow**
Simplified, configurable trip management for drivers

**Omnitracs Media Manager**
Video, audio, and PDF content delivery

https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf



## Get There Safely and on Time

Take on congested roadways, customer complications, and driving restrictions. With Omnitracs Navigation, you can get there safely and on time with a commercial navigation solution that helps you:

- Eliminate extra miles
- Stay on vehicle- and driver-friendly routes
- Improve efficiency
- Keep safe and focused on the road

https://www.omnitracs.com/omnitracs-navigation



**Fast, accurate mapping designed specifically for the trucking industry.**

Omnitracs Navigation is an always current and responsive in-cab navigation application that provides best-in-class truck routing, customized maps, and high-speed software updates. Omnitracs Navigation provides an optimized, driver-friendly user interface with visual and spoken turn-by-turn directions and real-time speed alerts.

https://www.omnitracs.com/resources/omnitracs-navigation-brochure

**Daily Routing**

Don't let anyone tell you route optimization is easy. Even with upfront planning, routers have to ensure vehicles are ready to hit the road, trucks leave fully packed, and drivers get to the right loading and unloading zones daily.

| Challenge | See Solutions | Challenge |
|---|---|---|
| From fuel, labor, and vehicle wear and tear, costs grow exponentially with every delivery vehicle your company puts on the road. How can you ensure you're providing the best customer service with the least number of resources? | Set travel rules, so vehicles don't drive down roads with commercial, hazmat, or height/weight restrictions. Another tip: employ navigation software designed for commercial vehicles to avoid restricted roads and events such as bridge strikes. | Your driver has arrived at the delivery address provided by the customer, walked to the rear of the vehicle, inspected, scanned-off the package, and walked to the front door to discover a sign that reads "Deliveries in rear." |

https://www.omnitracs.com/resources/your-route-optimization-idea-book

### Lane Guidance Improvements

The lane guidance view, also known as junction view, has been improved in Omnitracs Navigation 4.9 to provide better visual cues about upcoming lane junctions and splits. The zoom level of the junction view map has been adjusted to show more of the juntion/split and to also show the junction/split as the vehicle approaches sooner. Also, the map view now focuses on the beginning of the junction/split instead of the center. The map screen has been adjusted so that the zoom controls no longer overlap with the road sign image. The close button and remaining distance boxes have been adjusted so they are no longer overlapped by the status bar.

These changes should now provide a much clearer lane guidance to drivers to help ensure they are in the correct lanes to continue on their routes.



https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

### Improved Guidance When Not on a Road

Omnitracs Navigation 4.9 contains improvements to the navigation guidance provided to drivers when the vehicle is not on a road such as when in a large yard or lot. Omnitracs Navigation now checks upon starting up and periodically to determine if the vehicle is on a known road or not. If the vehicle is detected as not being on a road Omnitracs Navigation will plot the shortest straight line route to the closest point on the route. This reoute will be shown on the map screen and Omnitracs Navigation will provide spoken guidance for the driver to proceed to the highlighted route. Omnitracs Navigation will provide the cardinal direction to the plotted route but this is only general guidance and the driver may still need to navigate any obstacles in the yard or lot that Omnitracs Navigation will have no means of knowing such as other vehicles or trailers.

### Miscellaneous Enhancements

- Simplified voice guidance instructions such as "turn left" or "go straight" have been added to immediately follow the turn now ding. In addition, the turn now ding and simple turn instruction will be played a few seconds before reaching the turn, providing the driver more time to react.
- Zoom settings have been updated to allow for auto zoom to be enabled or disabled. The 1, 5, and 10 level options have been removed.
- A toggle switch was added to Speed Alerts, allowing drivers to turn speed alerts on or off. This configuration can also be set and locked from the back office through the Omnitracs Navigation portal.
- Path settings has been updated with a new option, Prefer Trucking Roads. If you enable this option your routing will prefer state highways and interstates that are part of the National Network based on the Surface Transportation Assistance Act. This new setting is disabled by default.

https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

## Omnitracs

## Navigation Benefits

**Personalize your experience**
Configure your maps with your preferred routes

**Focus on drivers**
Include driver-oriented points of interest

**Customize safety**
Utilize navigation that takes into account bridge-heights, road weight limits, and biohazard restrictions based on vehicle type and load

https://www.omnitracs.com/omnitracs-navigation

### Landmark types and definitions

| | |
|---|---|
| Agent* | An office or location whose personnel are authorized to transact business for your company. |
| Border crossing | A facility located at the border of a county, state, or country. Many border crossings have weighing and inspection requirements. Country crossings may have passport requirements and felony or other restrictions. |
| Bridge | A vehicular bridge, usually recorded as a landmark because of restrictions, such as height or weight restrictions. |
| Company location* | All company owned or operated locations including corporate offices, terminals, branches, depots, etc. |
| Cross dock* | A location where freight is transferred between vehicles. |
| Customer* | The physical locations of your customers, including shippers, consignees, distribution centers, etc. |
| Drop yard* | A location where trailers are authorized to be dropped. |
| Employee home* | The physical address of drivers or other company personnel. |
| License / permit* | A location where licenses and/or permits may be obtained. |
| Lodging* | A location authorized and used by your company for driver layovers, orientation, or training. |
| Low underpass | A location that identifies a height-restricted underpass, such a viaducts and railroad bridges. |

https://customer.omnitracs.com/help/oloxWeb/help/en_US/dictionary/landmarks.htm

| (c) a GPS module, wherein the GPS module is located within the hollow interior volume and is adapted to provide location information of the existing roads, | The accused system discloses a GPS module (e.g., GPS module of Omnitracs IVG), wherein the GPS module (e.g., GPS module of Omnitracs IVG) is located within the hollow interior (e.g., interior of the Omnitracs IVG) volume and is adapted to provide location information (e.g., location information such as latitude, longitude, etc.) of the existing roads, bridges, viaducts, and underpasses.

As shown below, the Omnitracs Navigation IVG (Intelligent Vehicle Gateway) is a Truck GPS. The device uses GPS for navigation functions. The GPS module is seen to be present inside the body of the Omnitracs Navigation IVG (Intelligent Vehicle Gateway). The GPS |

| | |
|---|---|
| bridges, viaducts, and underpasses; and | provides the location of the Truck on the Map. The Map information such as buildings, roads, etc. are loaded on Omnitracs Navigation IVG (Intelligent Vehicle Gateway) with reference to the truck location. |

## DEDICATED ELECTRONIC LOGGING AND TELEMATICS TO EMPOWER YOUR FLEET

Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.

### AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY

Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.

main body



### SOLUTION HIGHLIGHTS

https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf



hollow interior volume

*Source: Teardown of Omnitracs Navigation IVG (Intelligent Vehicle Gateway)*

**DATA-COLLECTION AND COMPLIANCE MANAGEMENT TO SUPPORT:**

**Omnitracs Hours of Service**
Automated driver logging for ensured compliance

**Omnitracs Driver Vehicle Inspection Reporting**
Simple vehicle inspections and report processing

**Omnitracs Navigation**
Fast, accurate mapping designed specifically for commercial vehicles

**Omnitracs Trailer Tracks**
Accurate, near-real time trailer-location tracking

**Omnitracs Fault Code Monitoring**
Proactive vehicle maintenance planning

**Omnitracs Critical Event Reporting**
Actionable insights for safety and risk management

**Omnitracs Weigh Station Bypass powered by Drivewyze**
Weigh station program for increased road time and safety scores

**Omnitracs Driver Workflow**
Simplified, configurable trip management for drivers

**Omnitracs Media Manager**
Video, audio, and PDF content delivery

https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf



https://www.omnitracs.com/omnitracs-navigation



**Login** ∨   Request a Demo   Q

Products ∨   Solutions ∨   Technology ∨   Resources ∨   Support ∨   Company

## Omnitracs Navigation (Brochure)

[Download Now]

## Fast, accurate mapping designed specifically for the trucking industry.

Omnitracs Navigation is an always current and responsive in-cab navigation application that provides best-in-class truck routing, customized maps, and high-speed software updates. Omnitracs Navigation provides an optimized, driver-friendly user interface with visual and spoken turn-by-turn directions and real-time speed alerts.

https://www.omnitracs.com/resources/omnitracs-navigation-brochure

## Daily Routing

Don't let anyone tell you route optimization is easy. Even with upfront planning, routers have to ensure vehicles are ready to hit the road, trucks leave fully packed, and drivers get to the right loading and unloading zones daily.

| **Challenge** | **See Solutions** | **Challenge** |
|---|---|---|
| From fuel, labor, and vehicle wear and tear, costs grow exponentially with every delivery vehicle your company puts on the road. How can you ensure you're providing the best customer service with the least number of resources? | Set travel rules, so vehicles don't drive down roads with commercial, hazmat, or height/weight restrictions. Another tip: employ navigation software designed for commercial vehicles to avoid restricted roads and events such as bridge strikes. | Your driver has arrived at the delivery address provided by the customer, walked to the rear of the vehicle, inspected, scanned-off the package, and walked to the front door to discover a sign that reads "Deliveries in rear." |

https://www.omnitracs.com/resources/your-route-optimization-idea-book

## Lane Guidance Improvements

The lane guidance view, also known as junction view, has been improved in Omnitracs Navigation 4.9 to provide better visual cues about upcoming lane junctions and splits. The zoom level of the junction view map has been adjusted to show more of the juntion/split and to also show the junction/split as the vehicle approaches sooner. Also, the map view now focuses on the beginning of the junction/split instead of the center. The map screen has been adjusted so that the zoom controls no longer overlap with the road sign image. The close button and remaining distance boxes have been adjusted so they are no longer overlapped by the status bar.

These changes should now provide a much clearer lane guidance to drivers to help ensure they are in the correct lanes to continue on their routes.



https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

<table>
<tr><td></td><td>

### Improved Guidance When Not on a Road

Omnitracs Navigation 4.9 contains improvements to the navigation guidance provided to drivers when the vehicle is not on a road such as when in a large yard or lot. Omnitracs Navigation now checks upon starting up and periodically to determine if the vehicle is on a known road or not. If the vehicle is detected as not being on a road Omnitracs Navigation will plot the shortest straight line route to the closest point on the route. This reroute will be shown on the map screen and Omnitracs Navigation will provide spoken guidance for the driver to proceed to the highlighted route. Omnitracs Navigation will provide the cardinal direction to the plotted route but this is only general guidance and the driver may still need to navigate any obstacles in the yard or lot that Omnitracs Navigation will have no means of knowing such as other vehicles or trailers.

### Miscellaneous Enhancements

- Simplified voice guidance instructions such as "turn left" or "go straight" have been added to immediately follow the turn now ding. In addition, the turn now ding and simple turn instruction will be played a few seconds before reaching the turn, providing the driver more time to react.
- Zoom settings have been updated to allow for auto zoom to be enabled or disabled. The 1, 5, and 10 level options have been removed.
- A toggle switch was added to Speed Alerts, allowing drivers to turn speed alerts on or off. This configuration can also be set and locked from the back office through the Omnitracs Navigation portal.
- Path settings has been updated with a new option, Prefer Trucking Roads. If you enable this option your routing will prefer state highways and interstates that are part of the National Network based on the Surface Transportation Assistance Act. This new setting is disabled by default.

https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm
</td></tr>
<tr><td>

(d) at least one warning mechanism, wherein the at least one warning mechanism is electrically connected to the computer module and is adapted to provide a loud
</td><td>

The accused system discloses at least one warning mechanism (e.g., built-in speaker of the Omnitracs Navigation IVG (Intelligent Vehicle Gateway)), wherein the at least one warning mechanism (e.g., built-in speaker of the Omnitracs Navigation IVG) is electrically connected to the computer module (e.g., the computer module of Omnitracs Navigation IVG) and is adapted to provide a loud audible sound adapted to warn a driver of the automobile (e.g., automobiles such as trucks) of impending danger (e.g., a danger such restricted roads, bridge strikes, etc.) caused by the existing roads, bridges, viaducts, and underpasses.

As shown below, the Omnitracs Navigation IVG (Intelligent Vehicle Gateway) device has a built-in speaker. The speaker is used for audio warnings and alerts. The speaker is
</td></tr>
</table>

| audible sound adapted to warn a driver of the automobile of impending danger caused by the existing roads, bridges, viaducts, and underpasses; | electrically connected to the computer module. The Omnitracs Navigation IVG (Intelligent Vehicle Gateway) provides audio and visual warnings and alerts for set conditions such as restricted roads, bridge strikes etc. |
|---|---|



**OMNITRACS INTELLIGENT VEHICLE GATEWAY**

# DEDICATED ELECTRONIC LOGGING AND TELEMATICS TO EMPOWER YOUR FLEET

Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.

**AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY**

Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.



**SOLUTION HIGHLIGHTS**

| | |
|---|---|
| (e) a display screen located upon an outer surface of the main body, wherein the display screen is electronically connected to the computer module, and is adapted to provide visual information to the driver of the automobile, | The accused system discloses a display screen (e.g., the display of the Omnitracs IVG (Intelligent Vehicle Gateway)) located upon an outer surface of the main body (e.g., the body of Omnitracs IVG), wherein the display screen (e.g., the display of the Omnitracs IVG) is electronically connected to the computer module (e.g., the computer module of Omnitracs Navigation IVG) and is adapted to provide visual information (e.g., display maps, warnings, etc. on the Omnitracs Navigation IVG) to the driver of the automobile (e.g., automobiles such as trucks).<br><br>As shown below, the Omnitracs Navigation IVG (Intelligent Vehicle Gateway) has a display on its surface used to display maps and other information to the driver. The display is electrically connected to the computer module.<br><br><br><br>**DEDICATED ELECTRONIC LOGGING AND TELEMATICS TO EMPOWER YOUR FLEET**<br><br>Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.<br><br>a display screen located upon an outer surface of the main body<br><br>**AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY**<br><br>Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.<br><br>**SOLUTION HIGHLIGHTS**<br>https://www.omnitracs.com/wp-content/uploads/2023/07/ |

[Omnitracs_IVG_09112019_v2.pdf](Omnitracs_IVG_09112019_v2.pdf)



computer module is located within the hollow interior volume

*Source: Teardown of Omnitracs Navigation IVG (Intelligent Vehicle Gateway)*

**Lane Guidance Improvements**

The lane guidance view, also known as junction view, has been improved in Omnitracs Navigation 4.9 to provide better visual cues about upcoming lane junctions and splits. The zoom level of the junction view map has been adjusted to show more of the junction/split and to also show the junction/split as the vehicle approaches sooner. Also, the map view now focuses on the beginning of the junction/split instead of the center. The map screen has been adjusted so that the zoom controls no longer overlap with the road sign image. The close button and remaining distance boxes have been adjusted so they are no longer overlapped by the status bar.

These changes should now provide a much clearer lane guidance to drivers to help ensure they are in the correct lanes to continue on their routes.



https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

| wherein the visual information includes the height of an | The accused system discloses visual information (e.g., display maps, warnings, etc. on the Omnitracs Navigation IVG (Intelligent Vehicle Gateway)), wherein the visual information (e.g., display maps, warnings, etc. on the Omnitracs Navigation IVG) includes the height of an approaching bridge (e.g., low clearance of a bridge) or |

| | |
|---|---|
| approaching bridge or underpass, wherein the computer module and the display screen are further adapted to display alternate routes for the automobile to travel to avoid dangers posed by the existing roads, bridges, viaducts, and underpasses, | underpass (e.g., low underpass), wherein the computer module (e.g., the computer module of Omnitracs Navigation IVG) and the display screen (e.g., the display of the Omnitracs IVG ) are further adapted to display alternate routes for the automobile (e.g., automobiles such as trucks) to travel to avoid dangers (e.g., a danger such as bridge strikes) posed by the existing roads, bridges, viaducts, and underpasses.<br><br>As shown below, Omnitracs Navigation IVG (Intelligent Vehicle Gateway) provides routing. When the approaching road has bridge strike, a traffic incident has occurred or is a blocked road, the user is able to select alternative routes. The device provides the height of an oncoming bridge or underpass.<br><br>Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.<br><br>**AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY**<br><br>Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.<br><br>**SOLUTION HIGHLIGHTS**<br>https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf  |



computer module is located within the hollow interior volume

*Source: Teardown of Omnitracs Navigation IVG (Intelligent Vehicle Gateway)*

# Omnitracs

# Navigation Benefits

**Personalize your experience**
Configure your maps with your preferred routes

**Focus on drivers**
Include driver-oriented points of interest

**Customize safety**
Utilize navigation that takes into account bridge-heights, road weight limits, and biohazard restrictions based on vehicle type and load

https://www.omnitracs.com/omnitracs-navigation

## Landmark types and definitions

| | |
|---|---|
| Agent* | An office or location whose personnel are authorized to transact business for your company. |
| Border crossing | A facility located at the border of a county, state, or country. Many border crossings have weighing and inspection requirements. Country crossings may have passport requirements and felony or other restrictions. |
| Bridge | A vehicular bridge, usually recorded as a landmark because of restrictions, such as height or weight restrictions. |
| Company location* | All company owned or operated locations including corporate offices, terminals, branches, depots, etc. |
| Cross dock* | A location where freight is transferred between vehicles. |
| Customer* | The physical locations of your customers, including shippers, consignees, distribution centers, etc. |
| Drop yard* | A location where trailers are authorized to be dropped. |
| Employee home* | The physical address of drivers or other company personnel. |
| License / permit* | A location where licenses and/or permits may be obtained. |
| Lodging* | A location authorized and used by your company for driver layovers, orientation, or training. |
| Low underpass | A location that identifies a height-restricted underpass, such a viaducts and railroad bridges. |

https://customer.omnitracs.com/help/oloxWeb/help/en_US/dictionary/landmarks.htm

## Lane Guidance Improvements

The lane guidance view, also known as junction view, has been improved in Omnitracs Navigation 4.9 to provide better visual cues about upcoming lane junctions and splits. The zoom level of the junction view map has been adjusted to show more of the junction/split and to also show the junction/split as the vehicle approaches sooner. Also, the map view now focuses on the beginning of the junction/split instead of the center. The map screen has been adjusted so that the zoom controls no longer overlap with the road sign image. The close button and remaining distance boxes have been adjusted so they are no longer overlapped by the status bar.

https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm



https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

### Improved Guidance When Not on a Road

Omnitracs Navigation 4.9 contains improvements to the navigation guidance provided to drivers when the vehicle is not on a road such as when in a large yard or lot. Omnitracs Navigation now checks upon starting up and periodically to determine if the vehicle is on a known road or not. If the vehicle is detected as not being on a road Omnitracs Navigation will plot the shortest straight line route to the closest point on the route. This reoute will be shown on the map screen and Omnitracs Navigation will provide spoken guidance for the driver to proceed to the highlighted route. Omnitracs Navigation will provide the cardinal direction to the plotted route but this is only general guidance and the driver may still need to navigate any obstacles in the yard or lot that Omnitracs Navigation will have no means of knowing such as other vehicles or trailers.

### Miscellaneous Enhancements

- Simplified voice guidance instructions such as "turn left" or "go straight" have been added to immediately follow the turn now ding. In addition, the turn now ding and simple turn instruction will be played a few seconds before reaching the turn, providing the driver more time to react.
- Zoom settings have been updated to allow for auto zoom to be enabled or disabled. The 1, 5, and 10 level options have been removed.
- A toggle switch was added to Speed Alerts, allowing drivers to turn speed alerts on or off. This configuration can also be set and locked from the back office through the Omnitracs Navigation portal.
- Path settings has been updated with a new option, Prefer Trucking Roads. If you enable this option your routing will prefer state highways and interstates that are part of the National Network based on the Surface Transportation Assistance Act. This new setting is disabled by default.

https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

| | |
|---|---|
| | ### Daily Routing<br><br>Don't let anyone tell you route optimization is easy. Even with upfront planning, routers have to ensure vehicles are ready to hit the road, trucks leave fully packed, and drivers get to the right loading and unloading zones daily.<br><br>**Challenge**<br>From fuel, labor, and vehicle wear and tear, costs grow exponentially with every delivery vehicle your company puts on the road. How can you ensure you're providing the best customer service with the least number of resources?<br><br>**See Solutions**<br>Set travel rules, so vehicles don't drive down roads with commercial, hazmat, or height/weight restrictions. Another tip: employ navigation software designed for commercial vehicles to avoid restricted roads and events such as bridge strikes.<br><br>**Challenge**<br>Your driver has arrived at the delivery address provided by the customer, walked to the rear of the vehicle, inspected, scanned-off the package, and walked to the front door to discover a sign that reads "Deliveries in rear."<br><br>https://www.omnitracs.com/resources/your-route-optimization-idea-book |
| wherein the computer module is adapted to process the information and location of existing roads, bridges, viaducts, and underpasses, and determine when to send an electronic signal to the at least one warning mechanism to warn the driver of the automobile of impending danger posed by the | The accused system discloses a computer module (e.g., the computer module of Omnitracs Navigation IVG (Intelligent Vehicle Gateway)), wherein the computer module (e.g., the computer module of Omnitracs Navigation IVG) is adapted to process the information (e.g., road conditions such as lane junction, splits, etc.) and location of existing roads, bridges, viaducts, and underpasses, and determine when (e.g., before reaching the turn) to send an electronic signal to the at least one warning mechanism (e.g., built-in speaker of the Omnitracs Navigation IVG) to warn the driver of the automobile (e.g., automobiles such as trucks) of impending danger (e.g., danger such as bridge strikes, etc.) posed by the existing roads, bridges, viaducts, and underpasses.<br><br>As shown below, the Omnitracs Navigation IVG (Intelligent Vehicle Gateway) issues warnings and alerts to the truck driver based on settings. For example, for an event such as bridge strike, Omnitracs Navigation IVG (Intelligent Vehicle Gateway) provides voice guidance and alerts in real-time before reaching the turn. |

existing roads, bridges, viaducts, and underpasses, and

# DEDICATED ELECTRONIC LOGGING AND TELEMATICS TO EMPOWER YOUR FLEET

Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.

## AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY

Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.



## SOLUTION HIGHLIGHTS

https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf



computer module is located within the hollow interior volume

*Source: Teardown of Omnitracs Navigation IVG (Intelligent Vehicle Gateway)*

# Omnitracs

# Navigation Benefits

**Personalize your experience**
Configure your maps with your preferred routes

**Focus on drivers**
Include driver-oriented points of interest

**Customize safety**
Utilize navigation that takes into account bridge-heights, road weight limits, and biohazard restrictions based on vehicle type and load

https://www.omnitracs.com/omnitracs-navigation

## Landmark types and definitions

| | |
|---|---|
| Agent* | An office or location whose personnel are authorized to transact business for your company. |
| Border crossing | A facility located at the border of a county, state, or country. Many border crossings have weighing and inspection requirements. Country crossings may have passport requirements and felony or other restrictions. |
| Bridge | A vehicular bridge, usually recorded as a landmark because of restrictions, such as height or weight restrictions. |
| Company location* | All company owned or operated locations including corporate offices, terminals, branches, depots, etc. |
| Cross dock* | A location where freight is transferred between vehicles. |
| Customer* | The physical locations of your customers, including shippers, consignees, distribution centers, etc. |
| Drop yard* | A location where trailers are authorized to be dropped. |
| Employee home* | The physical address of drivers or other company personnel. |
| License / permit* | A location where licenses and/or permits may be obtained. |
| Lodging* | A location authorized and used by your company for driver layovers, orientation, or training. |
| Low underpass | A location that identifies a height-restricted underpass, such a viaducts and railroad bridges. |

https://customer.omnitracs.com/help/oloxWeb/help/en_US/dictionary/landmarks.htm

## Lane Guidance Improvements

The lane guidance view, also known as junction view, has been improved in Omnitracs Navigation 4.9 to provide better visual cues about upcoming lane junctions and splits. The zoom level of the junction view map has been adjusted to show more of the juntion/split and to also show the junction/split as the vehicle approaches sooner. Also, the map view now focuses on the beginning of the junction/split instead of the center. The map screen has been adjusted so that the zoom controls no longer overlap with the road sign image. The close button and remaining distance boxes have been adjusted so they are no longer overlapped by the status bar.

These changes should now provide a much clearer lane guidance to drivers to help ensure they are in the correct lanes to continue on their routes.



https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

## Improved Guidance When Not on a Road

Omnitracs Navigation 4.9 contains improvements to the navigation guidance provided to drivers when the vehicle is not on a road such as when in a large yard or lot. Omnitracs Navigation now checks upon starting up and periodically to determine if the vehicle is on a known road or not. If the vehicle is detected as not being on a road Omnitracs Navigation will plot the shortest straight line route to the closest point on the route. This reoute will be shown on the map screen and Omnitracs Navigation will provide spoken guidance for the driver to proceed to the highlighted route. Omnitracs Navigation will provide the cardinal direction to the plotted route but this is only general guidance and the driver may still need to navigate any obstacles in the yard or lot that Omnitracs Navigation will have no means of knowing such as other vehicles or trailers.

## Miscellaneous Enhancements

- Simplified voice guidance instructions such as "turn left" or "go straight" have been added to immediately follow the turn now ding. In addition, the turn now ding and simple turn instruction will be played a few seconds before reaching the turn, providing the driver more time to react.
- Zoom settings have been updated to allow for auto zoom to be enabled or disabled. The 1, 5, and 10 level options have been removed.
- A toggle switch was added to Speed Alerts, allowing drivers to turn speed alerts on or off. This configuration can also be set and locked from the back office through the Omnitracs Navigation portal.
- Path settings has been updated with a new option, Prefer Trucking Roads. If you enable this option your routing will prefer state highways and interstates that are part of the National Network based on the Surface Transportation Assistance Act. This new setting is disabled by default.

https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

## Daily Routing

Don't let anyone tell you route optimization is easy. Even with upfront planning, routers have to ensure vehicles are ready to hit the road, trucks leave fully packed, and drivers get to the right loading and unloading zones daily.

**Challenge**

From fuel, labor, and vehicle wear and tear, costs grow exponentially with every delivery vehicle your company puts on the road. How can you ensure you're providing the best customer service with the least number of resources?

**See Solutions**

Set travel rules, so vehicles don't drive down roads with commercial, hazmat, or height/weight restrictions. Another tip: employ navigation software designed for commercial vehicles to avoid restricted roads and events such as bridge strikes.

**Challenge**

Your driver has arrived at the delivery address provided by the customer, walked to the rear of the vehicle, inspected, scanned-off the package, and walked to the front door to discover a sign that reads "Deliveries in rear."

https://www.omnitracs.com/resources/your-route-optimization-idea-book



## Fast, accurate mapping designed specifically for the trucking industry.

Omnitracs Navigation is an always current and responsive in-cab navigation application that provides best-in-class truck routing, customized maps, and high-speed software updates. Omnitracs Navigation provides an optimized, driver-friendly user interface with visual and spoken turn-by-turn directions and real-time speed alerts.

https://www.omnitracs.com/resources/omnitracs-navigation-brochure

| | |
|---|---|
| wherein the computer module is further adapted to initiate the at least one warning mechanism when the GPS and warning device is within a predetermined distance from an existing road, bridge, viaduct or underpass that poses a danger to the automobile. | The accused system discloses a computer module (e.g., the computer module of Omnitracs Navigation IVG (Intelligent Vehicle Gateway)), wherein the computer module (e.g., the computer module of Omnitracs Navigation IVG) is further adapted to initiate the at least one warning mechanism (e.g., built-in speaker of the Omnitracs Navigation IVG) when the GPS and warning device (e.g., built-in speaker of the Omnitracs Navigation IVG) is within a predetermined distance (e.g., before reaching the turn) from an existing road, bridge, viaduct or underpass that poses a danger to the automobile (e.g., automobiles such as trucks).<br><br>As shown below, the Omnitracs Navigation IVG (Intelligent Vehicle Gateway) issues warnings and alerts to the truck driver based on settings. For example, for an event such as bridge strike, Omnitracs Navigation IVG (Intelligent Vehicle Gateway) provides voice guidance and alerts in real-time before reaching the turn. |

# DEDICATED ELECTRONIC LOGGING AND TELEMATICS TO EMPOWER YOUR FLEET

Give drivers a powerful, secure, and flexible Electronic Logging Device (ELD) that's easy to use and supports other Omnitracs solutions by delivering the data needed to manage any fleet.

## AN ELD THAT'S COMPLIANT AND DRIVER-FRIENDLY

Designed with the driver in mind, the Intelligent Vehicle Gateway provides a 1024 x 600 resistive touchscreen display, an easy-to-read self-dimming screen, intuitive alerts, and hands-free functionality to improve driver satisfaction on the road.



## SOLUTION HIGHLIGHTS

https://www.omnitracs.com/wp-content/uploads/2023/07/Omnitracs_IVG_09112019_v2.pdf

## Omnitracs

## Navigation Benefits

https://www.omnitracs.com/omnitracs-navigation

**Personalize your experience**
Configure your maps with your preferred routes

**Focus on drivers**
Include driver-oriented points of interest

**Customize safety**
Utilize navigation that takes into account bridge-heights, road weight limits, and biohazard restrictions based on vehicle type and load

## Landmark types and definitions

| | |
|---|---|
| Agent* | An office or location whose personnel are authorized to transact business for your company. |
| Border crossing | A facility located at the border of a county, state, or country. Many border crossings have weighing and inspection requirements. Country crossings may have passport requirements and felony or other restrictions. |
| Bridge | A vehicular bridge, usually recorded as a landmark because of restrictions, such as height or weight restrictions. |
| Company location* | All company owned or operated locations including corporate offices, terminals, branches, depots, etc. |
| Cross dock* | A location where freight is transferred between vehicles. |
| Customer* | The physical locations of your customers, including shippers, consignees, distribution centers, etc. |
| Drop yard* | A location where trailers are authorized to be dropped. |
| Employee home* | The physical address of drivers or other company personnel. |
| License / permit* | A location where licenses and/or permits may be obtained. |
| Lodging* | A location authorized and used by your company for driver layovers, orientation, or training. |
| Low underpass | A location that identifies a height-restricted underpass, such a viaducts and railroad bridges. |

https://customer.omnitracs.com/help/oloxWeb/help/en_US/dictionary/landmarks.htm

## Lane Guidance Improvements

The lane guidance view, also known as junction view, has been improved in Omnitracs Navigation 4.9 to provide better visual cues about upcoming lane junctions and splits. The zoom level of the junction view map has been adjusted to show more of the junction/split and to also show the junction/split as the vehicle approaches sooner. Also, the map view now focuses on the beginning of the junction/split instead of the center. The map screen has been adjusted so that the zoom controls no longer overlap with the road sign image. The close button and remaining distance boxes have been adjusted so they are no longer overlapped by the status bar.

These changes should now provide a much clearer lane guidance to drivers to help ensure they are in the correct lanes to continue their routes.



https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

## Improved Guidance When Not on a Road

Omnitracs Navigation 4.9 contains improvements to the navigation guidance provided to drivers when the vehicle is not on a road such as when in a large yard or lot. Omnitracs Navigation now checks upon starting up and periodically to determine if the vehicle is on a known road or not. If the vehicle is detected as not being on a road Omnitracs Navigation will plot the shortest straight line route to the closest point on the route. This reoute will be shown on the map screen and Omnitracs Navigation will provide spoken guidance for the driver to proceed to the highlighted route. Omnitracs Navigation will provide the cardinal direction to the plotted route but this is only general guidance and the driver may still need to navigate any obstacles in the yard or lot that Omnitracs Navigation will have no means of knowing such as other vehicles or trailers.

## Miscellaneous Enhancements

- Simplified voice guidance instructions such as "turn left" or "go straight" have been added to immediately follow the turn now ding. In addition, the turn now ding and simple turn instruction will be played a few seconds before reaching the turn, providing the driver more time to react.
- Zoom settings have been updated to allow for auto zoom to be enabled or disabled. The 1, 5, and 10 level options have been removed.
- A toggle switch was added to Speed Alerts, allowing drivers to turn speed alerts on or off. This configuration can also be set and locked from the back office through the Omnitracs Navigation portal.
- Path settings has been updated with a new option, Prefer Trucking Roads. If you enable this option your routing will prefer state highways and interstates that are part of the National Network based on the Surface Transportation Assistance Act. This new setting is disabled by default.

https://customer.omnitracs.com/public/release_notes/apps/otnav/version/otnav-4-9.htm

## Daily Routing

Don't let anyone tell you route optimization is easy. Even with upfront planning, routers have to ensure vehicles are ready to hit the road, trucks leave fully packed, and drivers get to the right loading and unloading zones daily.

**Challenge**

From fuel, labor, and vehicle wear and tear, costs grow exponentially with every delivery vehicle your company puts on the road. How can you ensure you're providing the best customer service with the least number of resources?

**See Solutions**

Set travel rules, so vehicles don't drive down roads with commercial, hazmat, or height/weight restrictions. Another tip: employ navigation software designed for commercial vehicles to avoid restricted roads and events such as bridge strikes.

**Challenge**

Your driver has arrived at the delivery address provided by the customer, walked to the rear of the vehicle, inspected, scanned-off the package, and walked to the front door to discover a sign that reads "Deliveries in rear."

https://www.omnitracs.com/resources/your-route-optimization-idea-book



**Fast, accurate mapping designed specifically for the trucking industry.**

Omnitracs Navigation is an always current and responsive in-cab navigation application that provides best-in-class truck routing, customized maps, and high-speed software updates. Omnitracs Navigation provides an optimized, driver-friendly user interface with visual and spoken turn-by-turn directions and real-time speed alerts.

https://www.omnitracs.com/resources/omnitracs-navigation-brochure